# EXHIBIT A



November 11, 2021

Office of the Secretary
Department of Education
Office of the Executive Secretariat
400 Maryland Avenue, SW, LBJ 7W106A
Washington, DC 20202

To whom it may concern,

The American Accountability Foundation (AAF) makes the following request pursuant to the Freedom of Information Act ("FOIA") 5 U.S.C. § 552. Specifically, AAF requests the following items:

1. Any tool kit of resources produced by the Department of Education intended to increases civic engagement at all levels of schooling
2. Copies of document created by the Department of Education to increase civic participation at all levels of schooling outlined in the Fact Sheet
3. Copies of all documents created by the United States Department of Education as a consequence of Executive Order 14019.
4. Copies of all documents transmitted to Mr. Justin Levitt, Executive Office of the President.

The items 1 & 2 listed above were all referenced in the White House's: "FACT SHEET Biden Administration Promotes Voter Participation with New Agency Steps."[1]

Please search for responsive records from March 7th 2021 to present

Please identify responsive materials regardless of format, medium or other physical characteristics. This request is for is for all correspondence, letters emails text messages, telephone messages, voice mails messages, transcripts, notes minutes, and or telephone conversations. This request includes any attachments to emails and other records.

If there is reason to deny this request under a current exemption to FOIA, AAF requests an index of responsive materials as required under Vaughn v Rosen, F.2d 820 (D.C.
Cir. 1973).

If portions for the requested materials are exempt from public records request, please reasonably segregate nonexempt portions as defined under 5 U.S.C. § 552(b).

---

[1] https://www.whitehouse.gov/briefing-room/statements-releases/2021/09/28/fact-sheet-biden-administration-promotes-voter-participation-with-new-agency-steps/



Should the non-exempt portions be so dispersed throughout responsive material to make segregation impossible, please describe the document and how the non-exempt material is dispersed See Mead Data Central v. U.S. Dep't of the Air Force, 566 F.2d 242, 261 (D.C. Cir. 1977).

**FEE WAIVER**

If the cost of producing the records exceeds $50, please contact AAF. Pursuant to 5 U.S.C 552(a)(4)(A)(iii), American Accountability Foundation requests a fee waiver because disclosure of these records is in the public interest. The records disclosed as part of the request will assist the public in understanding how the Department of Education is implementing Executive Order 14090 and the president's broader policy to expand accesses to voting. Furthermore, it is vital for the health of our Republic to ensure that elections, and voter registration are conducted with high standards of ethics.

5 U.S.C 552(a)(4)(A)(iii):
> "(iii) Documents shall be furnished without any charge or at a charge reduced below the fees established under clause (ii) if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.

AAF is a non-profit organization defined under Internal Revenue Service code section 501(c)3. AAF conducts non-partisan research and fact checking to assist the public in holding government officials accountable. AAF is staffed by experienced researchers and policy staffers who work to gather analyze and share findings from original research.

Original research is distributed via the websites AmericanAccountabilityFounation.com and BidenNoms.com free of charge. AAF maintains strong relationships with members of the media who can further publicize findings. Therefore, for the reasons cited above, AAF qualifies for a fee waiver.

**EXPEDITED PROCESS**

AAF requests expedited processing under 5 U.S.C. § 552 (a)(6)(E) due to a "compelling need" as delineated under 5 U.S.C. § 552(a)(6)(E)(v)(II), there is an "urgen[t]" need to inform the public about an actual or alleged federal government activity.

(1) *AAF's primary activity is providing the public timely access to the information it needs to hold government officials accountable.*

AAF works to inform citizens about potentially concerning activities of the government in order to promote government transparency.  AAF uploads findings from investigations to the websites:



https://www.bidennoms.com/news and https://www.americanaccountabilityfoundation.com/blog. There are numerous examples of original reporting produced by AAF that have contributed to holding government leaders accountable.[2] AAF findings are also disseminated via various media outlets.[3] These investigations continue an ongoing effort by AAF to provide the resources that the American public needs to hold government officials accountable.[4]

(2) *The records sought in the request are urgently needed to disseminate information to the public on actual or alleged government activity.*

The records sought in this request are intended to inform the public about actual or alleged government activity. Specifically, the records requested pertain to the efforts of the Department of Education to promote civic integrity and participation.  Protecting the right to vote is one of the top priorities of the Biden Administration. For example, Attorney General Merrick Garland remarked: "The rights of all eligible citizens to vote are the central pillars of our democracy." [5]

---

[1] See the following links for blog posts cited as well as other content:
https://www.americanaccountabilityfoundation.com/post/woke-capitalism-on-full-display-at-the-republicangovernors-association; https://www.americanaccountabilityfoundation.com/post/american-accountabilityfoundation-sends-investigative-findings-on-endeavors-to-dhs-ig; https://www.bidennoms.com/news/912/jameskvaal-insider-trading-allegations;

[3] See FOIA request for disciplinary records of ATF nominee David Chipman:
https://dailycaller.com/2021/06/22/american-accountability-foundation-david-chipman/

[4] The following links are a small, non-comprehensive list to illustrate how the AAF disseminates information to the public via other national news outlets:
https://www.nbcnews.com/politics/politics-news/conservative-group-files-ethics-complaint-against-aocattending-met-gala-n1279308
https://nypost.com/2021/09/30/biden-reportedly-nominated-daughter-of-political-ally-clyburn-to-post/
https://www.foxbusiness.com/politics/biden-raises-eyebrows-donors-company-official-visit
https://www.newsweek.com/civilian-climate-corps-trojan-horse-radical-left-opinion-1632402
https://www.thedailybeast.com/the-nra-is-bankrupt-but-it-still-owns-americas-gun-agency
https://news.yahoo.com/conservative-group-behind-sunk-atf-003022173.html
https://thehill.com/homenews/house/544623-conservative-group-escalates-earmarks-war-by-infiltrating-trainings
https://spectrumnews1.com/ca/la-west/human-interest/2021/07/22/speaker-pelosi-s--1-million-request-for-thecourage-museum-heads-to-house-floor
https://www.buzzfeednews.com/article/zahrahirji/carlton-waterhouse-epa-tom-cotton-racism
https://www.foxnews.com/politics/biden-doj-kristen-clarke-conference-cop-killers

[5] Office of Public Affairs, "Justice Department Files Lawsuit against the State of Texas to Protect Voting Rights," Department of Justice, last modified November 4, 2021, accessed November 8, 2021, https://www.justice.gov/opa/pr/justice-department-files-lawsuit-against-state-texas-protect-voting-rights.



Pursuant to 28 C.F.R § 16.5(e), includes records that relate to potential loss of due process rights or matters that of interest of the media in which raise questions of government integrity and public confidence. Per Griffin v. Burns, 570 F.2d,
1065 (1st Cir. 1978); Roe v. Alabama, 68 F.3d 404 (11th Cir. 1995) concerns over election integrity include issues that pertain to due process rights.

Trust in the democratic process is a bedrock of our country's government. In order to address public concerns over the security and integrity of the electoral process, prompt disclosure of government activities to the public is essential.

****

Please provide responsive documents as attachments to the address [records@americanaccountabilityfoundation.com](mailto:records@americanaccountabilityfoundation.com). For electronic records please provide them in their original format. Please provide all paper documents in PDF form. If the size of responsive materials exceeds the limit for attachments, please contact the AAF via the email address above. I will provide a suitable location to upload responsive materials or storage media to share materials.

Thank you for your assistance in this matter.

Respectfully,

Matthew A. Buckham
Founder, American Accountability Foundation
300 Independence Ave, SE
Washington DC 20003
(202) 495-0720

Thomas Jones
Founder, American Accountability Foundation
300 Independence Ave, SE
Washington DC 20003
(202) 495-0720